CHIEF JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JEFFREY D. BROOKS, <br><br> Defendant. | No. CR19-147RSM <br><br> ORDER GRANTING MOTION TO SEAL EXHIBITS TO DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE |

THIS MATTER has come before the undersigned on the motion of defendant, Jeffery Brooks, to file Exhibits 1, 2, 3, 4, 5, 6 and 7 to Defendant's Emergency Motion for Compassionate Release under seal. The Court finds there are compelling reasons to permit the filing of the exhibits under seal.

IT IS HEREBY ORDERED that the defendant shall be permitted to file the exhibits under seal.

DATED this 21st day of September, 2021.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Christopher M. Sanders*
Assistant Federal Public Defender
Attorney for Jeffery D. Brooks

ORDER GRANTING MOTION TO SEAL
EXHIBITS TO DEFENDANT'S MOTION
FOR COMPASSIONATE RELEASE
(*Jeffrey Brooks*; CR19-147RSM)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100