JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR19-147-RSM |
| Plaintiff, ) | |
| ) | ORDER GRANTING EMERGENCY |
| v. ) | UNOPPOSED MOTION FOR |
| ) | TEMPORARY RELEASE |
| JEFFREY DWAYNE BROOKS, ) | |
| Defendant. ) | |

This matter comes before the Court on Jeffrey Brooks's emergency unopposed motion for temporary release from custody for medical purposes. The Court has considered the motion and all the records in this case.

IT IS ORDERED that the United States Marshal shall arrange to have Jeffrey Brooks temporarily released from the Federal Detention Center at SeaTac for medical purposes.

IT IS FURTHER ORDERED that Jeffrey Brooks be released to his mother, Pearly Brooks, on Monday August 28, 2023 at 9:00 a.m., and that he stay with his mother at all times unless necessitated by the medical appointment itself. Mr. Brooks shall travel with his mother directly to the location of the medical appointment, UW Medicine Primary Care Facility located at 23213 Pacific Hwy S, in Kent, Washington, 98032, and that he engage in no activity other than attending said medical appointment.

IT IS FURTHER ORDERED that Mr. Brooks shall consume no alcohol or drugs, except as otherwise prescribed by his physician, during the period of his temporary release, and he shall commit no crimes or infractions.

ORDER GRANTING EMERGENCY UNOPPOSED
MOTION FOR TEMPORARY RELEASE
(*United States v. Brooks*, CR19-0147 RSM) - 1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710

IT IS FURTHER ORDERED that upon Mr. Brooks shall be returned to FDC SeaTac immediately after the above-identified medical appointment, no later than 1:00 p.m on August 28, 2023.

IT IS FURTHER ORDERED that Mr. Brooks will have no contact with his wife, Annalee Brooks, at any point during his release.

DONE this 23rd day of August 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Nancy Tenney*
Assistant Federal Public Defender
Attorney for Jeffrey Dwayne Brooks

ORDER GRANTING EMERGENCY UNOPPOSED
MOTION FOR TEMPORARY RELEASE
(*United States v. Brooks*, CR19-0147 RSM) - 2

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710