JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR19-147-RSM |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING SECOND EMERGENCY UNOPPOSED MOTION FOR TEMPORARY RELEASE |
| JEFFREY DWAYNE BROOKS, | ) | |
| Defendant. | ) | |

This matter comes before the Court on Jeffrey Brooks's emergency unopposed motion for temporary release from custody for medical purposes. The Court has considered the motion and all the records in this case. The motion is GRANTED.

Mr. Brooks shall be released on September 18, 2023, to the custody of his mother, Purly Brooks, and/or his sister, Geralynne Brooks, no later than 9:00 a.m. During his temporary release, Mr. Brooks shall either be in transit to or from his medical appointment, or attending his appointment, and in the company of his sister.

The medical appointment is scheduled with Dr. Danso for 11:00 a.m. at UW Medicine, located at 17638 140th Ave NE, Woodinville, Washington. Following the appointment with Dr. Danso, Mr. Brooks's mother and/or sister will return Mr. Brooks directly to FDC SeaTac, by no later than 3:00 p.m.

//

//

ORDER GRANTING SECOND
EMERGENCY UNOPPOSED
MOTION FOR TEMPORARY RELEASE
(*United States v. Brooks*, CR19-0147 RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100

Mr. Brooks will not have any contact with his wife, Annalee Brooks.

DONE this 13th day of September 2023.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Nancy Tenney*
Assistant Federal Public Defender
Attorney for Jeffrey Dwayne Brooks