Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>JEFFREY BROOKS,<br><br>Defendant. | NO. CR19-147 RSM<br><br>ORDER TO SEAL DOCUMENT |

Having read the Government's Motion to Seal and because of the sensitive information contained in Exhibit 2,

It is hereby ORDERED that Exhibit 2 to the Government's Memorandum Regarding Disposition of Supervised Release Violations, shall remain sealed.

DATED this 11th day of August, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Jessica M. Manca*
JESSICA M. MANCA
Assistant United States Attorney

Order to Seal - 1
*United States v. Brooks* / CR19-147 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970